# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts  **Category No.** B  **Investigating Agency** FBI
**City:** Dorchester
**County:** Suffolk

**Related Case Information:**
Superseding Ind./Inf.: _____  Case No.: _____
Same Defendant: _____  New Defendant: x
Magistrate Judge Case Number: 24-3066-JDH
Search Warrant Case Number: _____
R 20/R 40 from District of: _____
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____ — ☐ Yes ☐ No

**Defendant Information:**
Defendant Name: Kyvon Ross
Juvenile: ☐ Yes ☐ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☐ No
Alias Name: _____
Address: 122 Devon St, Dorchester MA 02124
Birth date (Yr only): 1998  SSN (last 4#): 6556  Sex: M  Race: Black  Nationality: _____

**Defense Counsel if known:** _____  Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: William Abely  Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____
**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No
**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody
**Location Status:** Suffolk County HOC
**Arrest Date:** 10/3/2024

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Suffolk County HOC   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment
**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/20/2024  Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Kyvon Ross

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 922 | Felon in possession of a firearm | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013